**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 23-cv-01935-REB

JASON PAUL SMITH,

     Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

     Defendant.

---

**ORDER GRANTING APPLICATION TO PROCEED IN
DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

---

**Blackburn, J.**

The matter before me is plaintiff's renewed **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2],[1] filed July 30, 2023.  The motion and affidavit are in proper form and indicate plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

**THEREFORE IT IS ORDERED** that plaintiff's renewed **Application To Proceed in District Court Without Prepaying Fees or Costs** [#2], filed July 30, 2023, is granted.

Dated July 31, 2023, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.